UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. *10-10340-DPW* |
| v. | VIOLATIONS: |
| JERRY J. CARRASQUILLO,<br>A/K/A "KING PROJECT" | 18 U.S.C. § 922(a)(1)(A)<br>18 U.S.C. § 924(a)(1)(D)-<br>Dealing Firearms Without<br>a License |
| Defendant. | 18 U.S.C. § 922(g)(1) -<br>Felon in Possession of a<br>Firearm and Ammunition |
| | 18 U.S.C. § 924(d) and<br>28 U.S.C. § 2461(c)--<br>Criminal Forfeiture<br>Allegation |

## INDICTMENT

**COUNT ONE:**     **(18 U.S.C. § 922(a)(1)(A)-Dealing in Firearms)**

The Grand Jury charges that:

From on or about June 21, 2009, and continuing thereafter until on or about November 12, 2009, at Boston and elsewhere in the District of Massachusetts,

**JERRY J. CARRASQUILLO, A/K/A "KING PROJECT," and**

defendant herein, who was not a licensed dealer of firearms under the provisions of Chapter 44 of Title 18, United States Code, did willfully and knowingly engage in the business of dealing in firearms, to wit: a Caspian Arms Ltd. 9 millimeter, Model 1911A1 Government, semi-automatic pistol  bearing serial number 30763; an SKS assault rifle bearing serial number 9451972; a Lorcin .38 caliber firearm bearing serial number 188967; a 12 gauge shotgun bearing serial number 1553A; a Lorcin 9 millimeter firearm Model

L9MM bearing an obliterated serial number; and an Astra .45 caliber firearm Model A-75 bearing serial number 12058-96A.

In violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

**COUNT TWO:**       (18 U.S.C. § 922(g)(1) -- **Felon in Possession of a Firearm and Ammunition**)

The Grand Jury further charges:

On or about October 10, 2009, at Boston, in the District of Massachusetts,

**JERRY J. CARRASQUILLO, A/K/A "KING PROJECT,"**

defendant herein, having previously been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce a firearm and ammunition, to wit: a Caspian Arms Ltd. 9 millimeter, Model 1911A1 Government, semi-automatic pistol bearing serial number 30763, and six rounds of 9 millimeter ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

3

**FORFEITURE ALLEGATION**: **(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))**

The Grand Jury further charges that:

    1.   Upon conviction of the offense alleged in Count 1 of this Indictment,

        **JERRY J. CARRASQUILLO, A/K/A "KING PROJECT,"**

defendant herein, shall forfeit to the United States all firearms and ammunition involved in the commission of the offense, including but not limited to the following:

        (a) a Luger, 9 millimeter, semi-automatic pistol bearing serial number 30763 and six rounds of 9 mm ammunition.

    2.   If any of the property described in paragraph 1, above, as a result of any act or omission of the defendant –

        (a)   cannot be located upon the exercise of due diligence;

        (b)   has been transferred or sold to, or deposited with, a third party;

        (c)   has been placed beyond the jurisdiction of the Court;

        (d)   has been substantially diminished in value; or

        (e)   has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated in Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1.

    All in violation of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY

_____
Theodore B. Heinrich
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS                October 14, 2010

Returned into the District Court by the Grand Jurors and filed.

_____ 10/14/10   12:35pm
Deputy Clerk

5